The Long Island Railroad Company, Appellant, v. James K. O. Sherwood and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg and Woodward, JJ., concurred; Burr and Rich, JJ., dissented.

Siegmund Nathan, Appellant, v. William H. Woolverton, as President of New York Transfer Company, Respondent.— Order unanimously affirmed, with costs, on the opinion of Jaycox, J., at Trial Term. (Reported in 69 Misc. Rep. 425.) Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Mamie Ortton, Appellant, v. Emma L. Ackerly, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Henry C. Paradies and Another, Respondents, v. George Anderson, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Rosario Maretino, Appellant, Impleaded with Carmine Colaso and Carmine Foresto, Defendants.— Judgment of the County Court of Westchester county reversed and new trial ordered, on the ground that the verdict is against the weight of evidence. Jenks, P. J., Woodward and Rich, JJ., concurred; Thomas and Carr, JJ., dissented.

The People of the State of New York, Respondent, v. Rose Sidders, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Burr, Carr, Woodward and Rich, JJ., concurred; Jenks, P. J., dissented.

Frederick W. Randall, Respondent, v. John Lowry, Jr., Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Benny Reiser, Respondent, v. Edison Electric Illuminating Company of Brooklyn, Appellant.— Orders of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Edward U. Roddy, Appellant, v. Thomas Dauch, Respondent.— Judgment of the County Court of Nassau county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ., concurred.

Eugene A. Rudiger and John M. Rudiger, Respondents, v. James S. Coleman and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion for stay of proceedings pending appeal granted, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.